IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEROME WALKER,

    Plaintiff,

  v.

Case No.  19-cv-613-bbc

CO ROBERT SHANNON, LT. FISCHER,
HSM JOLINDA WATERMAN, NURSE
DOE, NP MCARDLE, and CAPTAIN
DANE ESSER,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 4/27/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |